**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ian Gage,<br><br>           Plaintiff,<br><br>v.<br><br>Midwestern University,<br><br>           Defendant. | **NO. CV-19-02745-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 18, 2022, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. This action is hereby terminated.

              Debra D. Lucas
              District Court Executive/Clerk of Court

January 18, 2022

        By    s/ L. Dixon
              Deputy Clerk